Form NUCF

# UNITED STATES BANKRUPTCY COURT
*for the*
Northern District of California

| In re Debtor(s): | Case No.: 86–32119 TEC 7 |
|---|---|
| Vesteq Financial Corporation | Chapter: 7 |

**Notice of Deficient Application for Unclaimed Dividends**

CLAIMANT: Fund Locator Dilks & Knopik LLC, Creditor James  CLAIM: 2,001.71
E. Menzel

Your application for unclaimed funds cannot be processed for the following reason(s).

Affidavit of Service
  ☐ The Affidavit was not submitted.
  ☐ The Affidavit was not signed.
  ☐ The original Affidavit was not submitted.

☐ The search fee was not submitted.
☐ A current photo id was not included with the application.
☐ An original business card was not included with the application.
☐ You did not submit a document that verifies that you resided at or conducted business from the address on the Trustee's Notice of Unclaimed Dividends.
☐ You did not submit a document that verifies your current address.
☐ An authorization to collect funds was not included with the application.
☐ The Power of Attorney has expired.
☐ W–9 Form not submitted. Please submit a completed and signed W–9 form.
☑ Other: Submitted Order to Pay Unclaimed Funds is incomplete. Missing entered date on the unclaimed money report.

The claimant must submit the information/documents listed above, or submit a written request to extend the deadline, by 2/12/2016 . If the court does not timely receive the new information/documents, the court will deem the application withdrawn and will take no further action on the application. The claimant may submit a new application if they want to begin a new review process. Send information/documents or requests for extension of time to: U.S. Bankruptcy Court, PO Box 7341, San Francisco, CA 94120–7341. Attention: Chris Gundayao

Dated: <u>1/12/16</u>

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

By: Chris Gundayao
 (415)268–2344
 Chris_Gundayao@canb.uscourts.gov